14277

EVANS v. ADAMS *ET AL.*

(185 S. E., 57)

August, 1935.

*Messrs. Gregory & Gregory* and *A. M. Sapp,* for appellant,

*Messrs. W. P. Robinson* and *Charles B. Elliott,* for respondents,

April 8, 1936.

The opinion of the Court was delivered by MR. JUSTICE BONHAM.

The able and well-stated decree of Judge Gaston, who heard this case on Circuit, makes it unnecessary for this Court to do more than adopt the circuit decree as the judgment of this Court. Let it be reported.

Judgment affirmed.

MR. CHIEF JUSTICE STABLER and MESSRS. JUSTICES CARTER, BAKER and FISHBURNE concur.